UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14636
    CHRISTINE L ROCCO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2850


---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 06/06/2008 and was confirmed 10/27/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  60.00%.

    The case was converted to chapter 7 after confirmation 02/23/2009.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 20185.50 | .00 | 2060.16 |
| COUNTRYWIDE HOME LOANS | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6800.90 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 5150.66 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | FILED LATE | 1425.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 16799.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2451.54 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2793.60 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 393.91 | .00 | .00 |
| MARK A SEDLACK | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARK A SEDLACK | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARK A SEDLACK | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARK A SEDLACK | NOTICE ONLY | NOT FILED | .00 | .00 |
| QUERREY & HARROW | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 159.84 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                  2,220.00

PRIORITY                                        .00
SECURED                                     2,060.16

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14636 CHRISTINE L ROCCO

```
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                               159.84
DEBTOR REFUND                                          .00
                        ---------------    ---------------
TOTALS                         2,220.00           2,220.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE